NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 27 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DARRELL WILLIAMS, | No. 15-16661 |
| Plaintiff-Appellant, | D.C. No. 2:10-cv-02043-JAM-DAD |
| v. | |
| BROWN, Nurse, | MEMORANDUM* |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
John A. Mendez, District Judge, Presiding

Submitted February 14, 2017**

Before:    GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

California state prisoner Darrell Williams appeals pro se from the district

court's sua sponte summary judgment in his 42 U.S.C. § 1983 action alleging

deliberate indifference to his serious medical needs.  We have jurisdiction under 28

U.S.C. § 1291.  We review de novo.  *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Cir. 2004).  We affirm.

The district court properly granted summary judgment sua sponte because Williams "had a full and fair opportunity to ventilate the issues involved in the matter" and Williams failed to raise a genuine dispute of material fact as to whether defendant was deliberately indifferent to his diabetes.  *Norse v. City of Santa Cruz*, 629 F.3d 966, 971-72 & n.2 (9th Cir. 2010) (en banc); *see also Jett v. Penner*, 439 F.3d 1091, 1096 (9th Cir. 2006) (if the harm is an isolated exception to the prisoner's overall treatment, it "'ordinarily militates against a finding of deliberate indifference'" (citation omitted)); *Toguchi*, 391 F.3d at 1057, 1060 (a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to an inmate's health; medical malpractice or negligence does not amount to deliberate indifference).

**AFFIRMED.**